COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON UNOPPOSED MOTION TO
## RECALL AND REISSUE THE MANDATE

Case number:  01-12-00189-CV

Style:  *Beth Bryant, Atascocita United Methodist Church and The Weekday Learning Center v. S.A.S. and L.O.S., Individually and as next Friends of E.R.S. and E.L.S., their minor children*

Date motion filed:  March 23, 2015

Party filing motion:  S.A.S. and L.O.S., Individually and as next Friends of E.R.S. and E.L.S., their minor children

**It is ordered** that unopposed motion to recall the mandate is **granted**.  The clerk is directed to **recall** the mandate and immediately **issue** the modified judgment and mandate.

Judge's signature: /s/ Jane Bland
                              Acting for the Court

                              Panel consists of Justices Jennings, Bland, and Massengale

Date:  April 23, 2015